# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

SEALED

**v.**

**INDICTMENT**

**RONALD PATE NEWMAN**

1:25CR23 AW/ML

/

**THE GRAND JURY CHARGES:**

### COUNT ONE

Between on or about March 23, 2025, and on or about April 4, 2025, in the

Northern District of Florida, the defendant,

### RONALD PATE NEWMAN,

did knowingly and intentionally employ, use, persuade, induce, and coerce a minor

to engage in sexually explicit conduct for the purpose of producing a visual

depiction of such conduct, and this depiction was produced using materials that

had been shipped and transported in interstate and foreign commerce in violation

of Title 18, United States Code, Sections 2251(a) and 2251(e).

### COUNT TWO

Between on or about March 24, 2025, and on or about April 9, 2025, in the

Northern District of Florida, the defendant,

**RONALD PATE NEWMAN,**

did knowingly and intentionally employ, use, persuade, induce, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and this depiction was produced using materials that had been shipped and transported in interstate and foreign commerce in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT THREE

Between on or about March 28, 2025, and on or about March 30, 2025, in the Northern District of Florida, the defendant,

**RONALD PATE NEWMAN,**

did knowingly and intentionally employ, use, persuade, induce, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and this depiction was produced using materials that had been shipped and transported in interstate and foreign commerce in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## CRIMINAL FORFEITURE

The allegations contained in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of Title 18, United States Code, Section 2253.

From his engagement in the violations alleged in Counts One through Three of this Indictment, the defendant,

**RONALD PATE NEWMAN,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of his interest in:

A.     Any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code;

B.     Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts One through Three of this Indictment; and

C.     Any property, real or personal, used, or intended to be used, to commit or promote the commission of the offenses alleged in Counts One through Three of this Indictment.

D.     The property referenced in subparagraphs A, B, and C above includes, but is not limited to, computer hardware such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, and hard disk drives or units, peripherals, modems and

3

other telephonic and acoustical equipment, printers, contents of memory data

contained in and through the hardware and software mentioned above, tools,

equipment, and manuals and documentation for the assembly and use of the

hardware and software mentioned above.

    If, as the result of any act or omission of the defendant, any of the property

described above as being subject to forfeiture:

        i.    cannot be located upon the exercise of due diligence;

        ii.    has been transferred or sold to, or deposited with, a third

            person;

        iii.    has been placed beyond the jurisdiction of the Court;

        iv.    has been substantially diminished in value; or

        v.    has been commingled with other property that cannot be

            divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code,

Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b),

and by Title 28, United States Code, Section 2461(c), to seek forfeiture of any

4

other property of the defendant up to the value of any forfeitable property

described above.

A TRUE BILL:

Redacted

_____8/26/2025_____
DATE

JOHN P. HEEKIN
United States Attorney

CHRISTIE S. UTT
Assistant United States Attorney

5