**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                              **CASE NUMBER:  1:25CR23 AW-ML**

**RONALD PATE NEWMAN**
_____/

**MOTION FOR PRE-TRIAL DETENTION**

The Government hereby moves for pre-trial detention of the Defendant

pursuant to 18 U.S.C. Section 3142(e) and (f).  The statutory basis for seeking pre-

trial detention is (check all that apply):

1.     This case is eligible for a detention order because the case involves:

⊠     **18 U.S.C. § 3142(f)(1)**:

☐     (A)    a crime of violence, a violation of section 1591, or
an offense listed in section 2332b(g)(5)(B) for which a
maximum term of imprisonment of 10 years or more is
prescribed;

☐     (B)    an offense for which the maximum sentence is life
imprisonment or death;

☐     (C)    an offense for which a maximum term of
imprisonment of ten (10) years or more is prescribed in
the Controlled Substances Act (21 U.S.C. 801 et seq.),
the Controlled Substances Import and Export Act (21
U.S.C. 951 et seq.), or chapter 705 of title 46;

☐     (D)    any felony if such person has been convicted of
two or more offenses described in subparagraphs (A)
through (C) of this paragraph, or two or more State of
local offenses that would have been offenses described in
subparagraphs (A) through (C) of this paragraph if a

circumstance giving rise to Federal jurisdiction had existed, or a combination of such offenses; or

☒   (E)   any felony that is not otherwise a crime of violence that involves a minor victim or that involves the possession or use of a firearm or destructive device (as those terms are defined in section 921), or any other dangerous weapon, or involves a failure to register under section 2250 of Title 18, United States Code.

☒   **18 U.S.C. § 3142(f)(2):**

☒   (A)   a serious risk that such person will flee; or

☒   (B)   a serious risk that such person will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

2.      Reason for Detention.  The Court should detain the Defendant because there are no conditions of release that will reasonably assure:

☒ Defendant's appearance as required

☒ Safety of any other person and the community.

3.      A rebuttable presumption arises that no condition or combination of

conditions will reasonably assure the appearance of the person as required and the

safety of the community because the defendant committed:

☐   an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. 801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. 951 et seq.), or chapter 705 of title 46;

☐   an offense under section 924(c), 956(a), or 2332b of this title;

an offense listed in section 2332b(g)(5)(B) of title 18, United States Code, for which a maximum term of imprisonment of 10 years or more is prescribed;

☐ an offense under chapter 77 of this title for which a maximum term of imprisonment of 20 years or more is prescribed; or

☒ an offense involving a minor victim under section 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425 of this title.

4.    Time for Detention Hearing. The United States requests the court conduct the detention hearing:

☒ At first appearance

**DATED: November 13, 2025**

Respectfully submitted,

JOHN P. HEEKIN
United States Attorney

*/s/ Christie S. Utt*
CHRISTIE S. UTT
Assistant United States Attorney
Northern District of Florida
Florida Bar No. 84759
401 SE First Ave., Ste. 211
Gainesville, FL 32601
(352) 378-0996
Christie.Utt@usdoj.gov